| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Ortrie D | 2. Court or Organization<br><br>U.S.D.C. MO, Western District | 3. Date of Report<br><br>03/08/2007 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Room 8552 U.S. Couthouse<br>400 East 9th Street<br>Kansas City, MO 64106 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Director | Historical Society of the United States Courts for the Eighth Circuit |
| 2. Secretary | Historical Society of the United States Courts for the Eighth Circuit - Western District of Missouri Branch |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE   2007 MAR 14 A 10: 57   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D | 03/08/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D | 03/08/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D | 03/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Intel Corp - Com Stk | A | Dividend | J | T | Partial sale | 6/16 | J | D | |
| 2. Merck & Co Inc. - Com Stk | A | Dividend | | | Sale | 4/12 | J | D | |
| 3. Microsoft Corp - Com Stk - See Part VIII (X) | A | Dividend | K | T | Partial sale | 1/29 | J | D | |
| 4. | | | | | Partial sale | 10/17 | J | B | |
| 5. | | | | | Partial sale | 12/15 | K | E | |
| 6. Wal-Mart Stores, Inc. - Com Stk - See Part VIII (X) | A | Dividend | K | T | Partial sale | 12/15 | K | E | |
| 7. New Perspective Fund, Inc. | A | Dividend | K | T | | | | | |
| 8. Financing Corp CPN FICO STRIPS | | None | K | T | | | | | |
| 9. AMGEN, INC. - Com Stk | | None | K | T | | | | | |
| 10. Oracle Corp | | None | K | T | | | | | |
| 11. Garmin Ltd. | B | Dividend | K | T | | | | | |
| 12. Ishares MSCI | B | Dividend | K | T | | | | | |
| 13. Ishares Trust DJ Selected | A | Dividend | K | T | | | | | |
| 14. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 15. Putnam Equity Income CL A | | None | K | T | | | | | |
| 16. Putnam New Value CL A | A | Dividend | K | T | | | | | |
| 17. Putnam Health Sciences CL A | A | Dividend | | | Partial sale | 5/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D | 03/08/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sale | 12/6 | J | A | |
| 19. Cerner Corp. | | None | K | T | | | | | |
| 20. Berkshire Hathaway, CL B | | None | K | T | | | | | |
| 21. Russell Microcap Index | A | Dividend | K | T | | | | | |
| 22. Regions Financial Corp. | A | Dividend | K | T | | | | | |
| 23. A/F Europacific Growth A | A | Dividend | K | T | | | | | |
| 24. Putnam Int'l. Capital Opportunities Fund CL A | A | Dividend | K | T | | | | | |
| 25. Ishares DJ US Energy Sector Index Fund | | None | K | T | Buy | 4/12 | K | | |
| 26. Putnam Capital Opportunities | B | Dividend | J | T | Buy | 12/6 | J | | |
| 27. Ishares TR Russell 2000 Value Index Fund | A | Dividend | K | T | Buy | 12/15 | K | | |
| 28. Ishares S&P Smallcap 600 Value Barra Index Fund | A | Dividend | K | T | Buy | 12/6 | K | | |
| 29. | | | | | Buy | 12/15 | K | | |
| 30. Ishares TR Russell 2000 Index Fund | A | Dividend | K | T | Buy | 12/15 | K | | |
| 31. Ishares Trust S&P Smallcap 600 Index Fund | A | Dividend | K | T | Buy | 12/15 | K | | |
| 32. AFLAC Corporation (X) | A | Dividend | K | T | Partial sale | 10/17 | K | A | |
| 33. American International Group (X) | A | Dividend | K | T | Partial sale | 12/6 | K | B | |
| 34. Coca Cola Company (X) | | None | | | Sale | 10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D | 03/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Equity Residential (X) | | None | | | Sale | 12/8 | J | A | |
| 36. General Electric Company (X) | A | Dividend | | | Sale | 12/6 | J | A | |
| 37. Hershey Foods Corp. (X) | A | Dividend | | | Sale | 12/6 | J | A | |
| 38. Johnson & Johnson (X) | | None | | | Sale | 10/17 | J | A | |
| 39. Nokia Corporations (X) | | None | | | Sale | 12/6 | J | A | |
| 40. Proctor & Gamble Company (X) | A | Dividend | | | Sale | 12/6 | J | A | |
| 41. St. Paul Travelers Company (X) | | None | | | Sale | 10/7 | J | A | |
| 42. Ishares Russell Midcap Index Value Fund | A | Dividend | K | T | Buy | 12/6 | J | | |
| 43. Ishares TR S&P Midcap 400 Value Barra Index Fund | A | Dividend | K | T | Buy | 12/6 | K | | |
| 44. Regions FDIC (X) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D | 03/08/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Assets identified by "(X)" in Column A, Part VII, were transferred to me on September 19, 2006, from the Living Trust of ███████████ pursuant to the terms of the Trust. Two of the stocks, Wal-Mart and Microsoft, were previously held.

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D | 03/08/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Date 3/8/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544